# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Richard Lee Mann                                Docket No. 7:09-CR-123-2FL

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Richard Lee Mann, who, upon an earlier plea of guilty to Possession with Intent to Distribute a Quantity of Marijuana, 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 11, 2010, to the custody of the Bureau of Prisons for a term of 12 months and 1 day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

5. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

6. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Richard Lee Mann was released from custody on July 1, 2011, at which time the term of supervised release commenced.

Richard Lee Mann
Docket No. 7:09-CR-123-2FL
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 22, 2013, the releasee was charged with Driving While License Revoked and Failing to Stop at an Accident/Give Information/Aid Personal Injury, Docket No. 13CR005501, by the Wilmington Police Department, Wilmington, North Carolina. According to the releasee he had driven his mother's truck to run an errand. His mother, age 84, usually drives for him but on this day she was not feeling well. When backing into a parking space at a business, the releasee hit the front bumper of a parked car in the parking lot. In a panic, he left the scene of the accident. He returned later with his mother to take care of the damage. He was subsequently charged in the matter. These charges are pending disposition on November 11, 2013, in New Hanover County District Court, Wilmington, North Carolina.

The releasee's license was permanently revoked in 1987. He has been trying to get the Department of Motor Vehicles to schedule a hearing regarding getting his license restored. Since the accident, he has hired an attorney who is assisting him in this matter. His attorney believes that if the releasee can get his license restored, the State may dismiss these pending charges. The releasee's mother's insurance company paid for the damages to the victim's car and there were no personal injuries as a result of the accident.

The releasee has been admonished for his behavior and is aware that he cannot drive a motor vehicle on the highway until his driver's license has been restored. Other than this incident, the releasee has maintained compliance with all other conditions of supervision. He has agreed to perform community service as a sanction for his behavior.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the supervised release be modified as follows:

1. The defendant shall perform 48 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857

Richard Lee Mann
Docket No. 7:09-CR-123-2FL
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this __18th__ day of __September__, 2013, and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge